UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERLYN TRACY S. DAVIS, as Mother,
natural parent and legal guardian of EMMA
DAVIS, a minor,

                Plaintiff,

vs.                                  CASE NUMBER: 2:22-cv-0023-JES-MRM

FLORIDA ADVENTURES AND RENTALS,
L.L.C. and JOHN DOE,

                Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT

COMES NOW, the Plaintiff, CHERLYN TRACY S. DAVIS, as Mother, natural parent and legal guardian of EMMA DAVIS, a minor, by and through her undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court, Middle District of Florida, hereby files her Unopposed Motion to Amend Complaint, and respectfully requests that this Honorable Court enter an Order granting her Motion to Amend Complaint and in support thereof states as follows:

1. On January 13, 2022, Plaintiff field a Complaint against Defendant for negligence.
2. Upon review and discussion with opposing counsel, this Amended Pleading best fits the facts.
3. Pursuant to the Fed.R.Civ.Pro.15(2) a party may amend its pleading only with the opposing party's written consent or the court's leave.
4. This motion is not submitted for the purpose of delay.

5. Counsel for both parties have conferred on this matter and have no objection to Plaintiff's request for leave to Amend Complaint. Furthermore, neither party would be prejudiced in the event the Court grants Plaintiff's motion

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will automatically transmit a notice of the electronic filing to the following: AMANDA M. SMITH, ESQ., msmith@ljglegal.com, cnugent@ljglegal.com, kjacobson@ljglegal.com, mandy.mcnally@gmail.com, this 10 day of March, 2022.

Parvey & Cavenago Attorneys, P.A.
Attorneys for Plaintiff
2069 First Street, Suite 100
Fort Myers, FL 33901
Telephone: (239)334-0300
Facsimile: (239)334-0992

BY: Carlos J Cavenago III, Esq.
FLORIDA BAR No.: 753955
Primary E-mail: Service@parveycavenago.com
Secondary E-mail: Carlos@parveycavenago.com